R #149636
Check no.1015
FILED
$67.45
2010 JAN 11 AM 10: 47
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:

RICHARD G. ROCKHILL
JESSICA L. ROCKHILL

Debtor(s)

CHAPTER 7 CASE NO. 08-14449

JUDGE ARTHUR I. HARRIS

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

CAPITAL ONE BANK (USA), N.A. (Claim #7)

C/O TSYS DEBT MANAGEMENT (TDM)

PO BOX 5155

NORCROSS, GA 30091

Replaces Ck. #1009 dated 9/9/09

Amount: $67.45

2. Your Trustee's Check No. 1015 for $67.45 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

*[signature]*
WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)